**Paul D. Polidoro**
**Associate General Counsel**
**WATCH TOWER BIBLE AND TRACT**
**SOCIETY OF PENNSYLVANIA**
**Legal Department**
**100 Watchtower Drive**
**Patterson, NY 12563**
**Tel: 845-306-1000**
**Email: ppolidor@jw.org**
**Attorney for Plaintiff**

### UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **In Re DMCA Subpoena to YouTube (Google, Inc.)** | **Case No. _____** |
| | **Watch Tower Bible and Tract Society's Request to the Clerk for Issuance of Subpoena to YouTube (Google, Inc.), Pursuant to 17 U.S.C. § 512(h) to Identify Alleged Infringers** |

---

Plaintiff, Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "Watch Tower") through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena to YouTube (Google, Inc.) to identify alleged infringers at issue, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (hereinafter the "DMCA Subpoena"). The proposed DMCA Subpoena is attached hereto as **Exhibit A**.

The DMCA Subpoena is directed to YouTube (Google, Inc.), the service provider of YouTube accounts to which the infringing party with the user name, "Kevin McFree", posted content at the URL:

1

Watch Tower's Request To The Clerk For Issuance of DMCA Subpoena

1.  https://www.youtube.com/watch?v=LNdo_flz-7o

This content infringes copyrights held by Watch Tower. (See Declaration of Paul D. Polidoro (hereinafter "Polidoro Decl. **Exhibit B**").

Watch Tower has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

(1)     Watch Tower has submitted copies of notifications pursuant to 17 U.S.C. § 512(c)(3)(A) as **Exhibit 1** to the Declaration of Paul D. Polidoro.

(2)     Watch Tower has submitted the proposed DMCA Subpoena attached hereto as **Exhibit A**; and

(3)     Watch Tower, through its counsel of record, has submitted a sworn declaration confirming that the purpose for which the DMCA Subpoena is sought is to obtain the identity of an alleged infringer or infringers, and that such information will only be used for the purpose of protecting Watch Tower's rights under Title 17 U.S.C. § 512(h)(2). *See* Polidoro Decl., ¶ 4.

Having complied with the statutory requirements, Watch Tower respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant to 17 U.S.C. § 512(h)(4).

Dated: June 15, 2018                    /s/ Paul D. Polidoro
                                        Paul D. Polidoro
                                        Associate General Counsel
                                        SDNY Bar No. PP2509
                                        WATCH TOWER BIBLE AND TRACT
                                        SOCIETY OF PENNSYLVANIA
                                        Legal Department

2

Watch Tower's Request To The Clerk For Issuance of DMCA Subpoena

100 Watchtower Drive
Patterson, NY 12563
Telephone: 845-306-1000
Facsimile: 845-306-0709
Attorney for Plaintiff

3

Watch Tower's Request To The Clerk For Issuance of DMCA Subpoena