**EXHIBIT "1"**

| | |
|---|---|
| **From:** | Polkovskiy, Pavel |
| **To:** | copyright@youtube.com |
| **Subject:** | 1st Notice of Infingement by YouTube Channel: Kevin McFree |
| **Date:** | Wednesday, June 6, 2018 3:25:00 PM |

Dear Sir/Madam:

I represent Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). It has come to our attention that you are reproducing and distributing Watch Tower's intellectual property illegally and without authorization.

Below is the information needed for you to identify the unauthorized display of Watch Tower's intellectual property.

**Title of Video:**
Dubtown – Family Worship July Broadcast

**Channel Name:** Kevin McFree
**Description of allegedly infringed work:** My company, organization or client's video (not from YouTube)
**Link to Infringing Video on YouTube's Website:**
https://www.youtube.com/watch?v=LNdo_flz-7o

**Link to Lawful Display of Material(s) on Watch Tower's site:**
These materials are unpublished works that are not currently available on Watch Tower's site. The titles of the unpublished works infringed are as follows:
- Video segment: Keep "a Tight Grip on the Word of Life"
- Interview of Alan Boyle: Deep Study for a Clearer Picture
- Keep a Tight Grip—Through Effective Personal Study
- Music Video: Never Alone

Additionally, the infringing video illegally displays Watch Tower's artwork which is lawfully available at the following links:
https://assetsnffrgf-a.akamaihd.net/assets/m/1101978060/univ/art/1101978060_univ_lsr_xl.jpg
https://assetsnffrgf-a.akamaihd.net/assets/m/1101978118/univ/art/1101978118_univ_cnt_2_xl.jpg

We hereby request that you take all steps necessary to immediately remove the infringing materials from your website. Advise us in writing within ten (10) days of the date of this letter whether or not you will take the requested action.

I have a good faith belief that use of the materials in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I hereby state under penalty of perjury that this information is accurate, and that I am authorized to act on behalf of the owner of the infringed materials.

Sincerely,

*Philip Brumley*

Philip Brumley

General Counsel

**Intellectual Property Owner:**  Watch Tower Bible and Tract Society of Pennsylvania
**Company:**  Watch Tower Bible and Tract Society of Pennsylvania
**Address:**  100 Watchtower Drive
**City, State, and Zip:**  Patterson, NY 12563
**Name and Title:**  Philip Brumley, General Counsel
**Attorney Address:**  100 Watchtower Drive, Patterson, NY 12563
**Email Address**:  InboxLGLCopyright@jw.org
**Telephone:**  845-306-1000