# *Exhibit 9*



## Party Search Results

**Search Criteria:** Party Search; Date Filed (On or After): [01/01/2015]; Jurisdiction Type: [Civil];
Last Name: [watch tower bible and tract society of pennsylvania]
**Result Count:** 63 (2 pages)
**Current Page:** 1

| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| --- | --- |
| Case Number | 7:2017mc00194 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 06/08/2017 |
| Date Closed | 06/12/2017 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2017mc00195 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 06/08/2017 |
| Date Closed | 06/12/2017 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2017mc00217 |
| Case Title | In Re DMCA Subpoena to GoDaddy.com, LLC |
| Court | New York Southern District Court |
| Date Filed | 06/23/2017 |
| Date Closed | 07/12/2017 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2017mc00241 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 07/10/2017 |
| Date Closed | 07/18/2017 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (adrp) |
| Case Number | 7:2018mc00076 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 03/01/2018 |
| Date Closed | 03/15/2018 |

| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (adrp) |
|---|---|
| Case Number | 7:2018mc00177 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 05/01/2018 |
| Date Closed | |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2018mc00179 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 05/01/2018 |
| Date Closed | 05/09/2018 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2018mc00180 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 05/01/2018 |
| Date Closed | 05/07/2018 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2018mc00181 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 05/01/2018 |
| Date Closed | |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (adrp) |
| Case Number | 7:2018mc00268 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 06/15/2018 |
| Date Closed | |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (adrp) |
| Case Number | 7:2018mc00289 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 06/25/2018 |
| Date Closed | 06/27/2018 |

| | |
|---|---|
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (adrp) |
| Case Number | 1:2018mc00301 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 06/27/2018 |
| Date Closed | 07/09/2018 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (adrp) |
| Case Number | 7:2018mc00312 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 07/03/2018 |
| Date Closed | 07/05/2018 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2018mc00358 |
| Case Title | In Re DMCA Subpoena to Twitter, Inc. |
| Court | New York Southern District Court |
| Date Filed | 08/02/2018 |
| Date Closed | 08/03/2018 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pet) |
| Case Number | 7:2018mc00361 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 08/03/2018 |
| Date Closed | 08/07/2018 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pet) |
| Case Number | 7:2018mc00362 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 08/06/2018 |
| Date Closed | |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (adrp) |
| Case Number | 7:2018mc00364 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 08/08/2018 |
| Date Closed | 08/09/2018 |

| | |
|---|---|
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2018mc00409 |
| Case Title | In re: DMCA Section 512(h) Subpoena to YouTube (Google, Inc.) |
| Court | New York Southern District Court |
| Date Filed | 09/05/2018 |
| Date Closed | 09/07/2018 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2018mc00432 |
| Case Title | In Re DMCA Subpoena to Google LLC |
| Court | New York Southern District Court |
| Date Filed | 09/13/2018 |
| Date Closed | 09/14/2018 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2018mc00364 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 08/08/2018 |
| Date Closed | 08/09/2018 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2018mc00471 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 10/12/2018 |
| Date Closed | 10/16/2018 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2018mc00484 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 10/19/2018 |
| Date Closed | 12/13/2018 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2018mc00486 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 10/19/2018 |
| Date Closed | 10/22/2018 |

| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| --- | --- |
| Case Number | 7:2018mc00487 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 10/19/2018 |
| Date Closed | 10/22/2018 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2018mc00505 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 11/02/2018 |
| Date Closed | 11/05/2018 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2018mc00506 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 11/02/2018 |
| Date Closed | 11/05/2018 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2018mc00515 |
| Case Title | In Re DMCA Subpoena to Google LLC |
| Court | New York Southern District Court |
| Date Filed | 11/09/2018 |
| Date Closed | 11/13/2018 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2018mc00516 |
| Case Title | In Re DMCA Subpoena to YouTube (Google LLC) |
| Court | New York Southern District Court |
| Date Filed | 11/09/2018 |
| Date Closed | 12/20/2018 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2018mc00528 |
| Case Title | In Re DMCA Subpoena to Scribd, Inc. |
| Court | New York Southern District Court |
| Date Filed | 11/15/2018 |
| Date Closed | 11/20/2018 |

| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
|---|---|
| Case Number | 7:2018mc00529 |
| Case Title | In Re DMCA Subpoena to Google LLC |
| Court | New York Southern District Court |
| Date Filed | 11/15/2018 |
| Date Closed | 12/06/2018 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2018mc00530 |
| Case Title | In Re DMCA Subpoena to Facebook, Inc. |
| Court | New York Southern District Court |
| Date Filed | 11/15/2018 |
| Date Closed | 11/16/2018 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2018mc00566 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 12/06/2018 |
| Date Closed | 12/07/2018 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2018mc00569 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 12/06/2018 |
| Date Closed | 12/07/2018 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2018mc00571 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 12/06/2018 |
| Date Closed | 12/20/2018 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2018mc00572 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 12/06/2018 |
| Date Closed | 12/10/2018 |

| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
|---|---|
| Case Number | 7:2019mc00009 |
| Case Title | In Re DMCA Subpoena to Google LLC |
| Court | New York Southern District Court |
| Date Filed | 01/04/2019 |
| Date Closed | 04/08/2019 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2019mc00010 |
| Case Title | In Re DMCA Subpoena to Google LLC (YouTube) |
| Court | New York Southern District Court |
| Date Filed | 01/04/2019 |
| Date Closed | 01/10/2019 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2019mc00059 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 02/07/2019 |
| Date Closed | 02/08/2019 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2019mc00060 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 02/07/2019 |
| Date Closed | 02/08/2019 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2019mc00081 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 02/25/2019 |
| Date Closed | 02/27/2019 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2019mc00082 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 02/25/2019 |
| Date Closed | 02/28/2019 |

| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
|---|---|
| Case Number | 7:2019mc00083 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 02/25/2019 |
| Date Closed | 02/27/2019 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2019mc00084 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 02/25/2019 |
| Date Closed | 02/28/2019 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2019mc00085 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 02/26/2019 |
| Date Closed | 03/01/2019 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2019mc00087 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 02/26/2019 |
| Date Closed | 02/27/2019 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2019mc00143 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 03/25/2019 |
| Date Closed | 03/27/2019 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pet) |
| Case Number | 7:2019mc00147 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 03/26/2019 |
| Date Closed | 03/28/2019 |

| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
|---|---|
| Case Number | 7:2019mc00163 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 04/03/2019 |
| Date Closed | 04/04/2019 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pet) |
| Case Number | 7:2019mc00188 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 04/11/2019 |
| Date Closed | 04/12/2019 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2019mc00211 |
| Case Title | In re: DMCA Section 512(h) Subpoena to Google LLC |
| Court | New York Southern District Court |
| Date Filed | 04/22/2019 |
| Date Closed | 04/25/2019 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2019mc00221 |
| Case Title | In Re DMCA Subpoena to Google LLC (YouTube) |
| Court | New York Southern District Court |
| Date Filed | 04/26/2019 |
| Date Closed | 04/30/2019 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
| Case Number | 7:2019mc00260 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 05/16/2019 |
| Date Closed | |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pet) |
| Case Number | 7:2019mc00301 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 06/19/2019 |
| Date Closed | 06/23/2019 |

| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pet) |
|---|---|
| Case Number | 7:2019mc00330 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 07/08/2019 |
| Date Closed | 07/09/2019 |



Party Search Results

**Search Criteria:** Party Search; Date Filed (On or After): [01/01/2015]; Jurisdiction Type: [Civil];
Last Name: [watch tower bible and tract society of pennsylvania]
**Result Count:** 63 (2 pages)
**Current Page:** 1

| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
|---|---|
| Case Number | 7:2019mc00336 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 07/11/2019 |
| Date Closed | 07/12/2019 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pet) |
| Case Number | 7:2019mc00473 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 10/21/2019 |
| Date Closed | 10/23/2019 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pet) |
| Case Number | 7:2019mc00475 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 10/21/2019 |
| Date Closed | 10/23/2019 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pet) |
| Case Number | 7:2019mc00476 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 10/21/2019 |
| Date Closed | 10/23/2019 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pet) |
| Case Number | 7:2020mc00119 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania |
| Court | New York Southern District Court |
| Date Filed | 02/27/2020 |
| Date Closed | 02/28/2020 |

| Party Name | Watch Tower Bible and Tract Society of Pennsylvania (pla) |
|---|---|
| Case Number | 1:2020cv03366 |
| Case Title Foundation et al | Watch Tower Bible and Tract Society of Pennsylvania v. The Truth and Transparency |
| Court | New York Southern District Court |
| Date Filed | 04/30/2020 |
| Date Closed | |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania, Inc. (pla) |
| Case Number | 4:2019mc80006 |
| Case Title | Watch Tower Bible and Tract Society of Pennsylvania v. Reddit Inc. |
| Court | California Northern District Court |
| Date Filed | 01/09/2019 |
| Date Closed | 01/18/2019 |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania, Inc. (dft) |
| Case Number | 1:2020cv00052 |
| Case Title | Caekaert et al v. Watchtower Bible and Tract Society of New York, Inc. et al |
| Court | Montana District Court |
| Date Filed | 04/24/2020 |
| Date Closed | |
| Party Name | Watch Tower Bible and Tract Society of Pennsylvania, Inc. (dft) |
| Case Number | 1:2020cv00059 |
| Case Title | Rowland et al v. Watchtower Bible and Tract Society of New York, Inc. et al |
| Court | Montana District Court |
| Date Filed | 05/01/2020 |
| Date Closed | |