# EXHIBIT C

**Registration #:**   PA0002132168
**Service Request #:**   1-6843406872

Watch Tower Bible and Tract Society of Pennsylvania
Philip Brumley
100 Watchtower Drive
Patterson, NY 12563-9204 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-132-168

**Effective Date of Registration:**
August 10, 2018

---

## Title

**Title of Work:** JW Broadcasting-July 2018

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** July 02, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Watch Tower Bible and Tract Society of Pennsylvania
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Watch Tower Bible and Tract Society of Pennsylvania
100 Watchtower Drive, Patterson, NY, 12563-9204, United States

## Rights and Permissions

**Organization Name:** Watch Tower Bible and Tract Society of Pennsylvania
**Address:** 100 Watchtower Drive
Patterson, NY 12563-9204 United States

## Certification

**Name:** Philip Brumley
**Date:** August 10, 2018

Page 1 of 2