# EXHIBIT D




YouTube

Search

    

oh hello, well come in boys make yourself at home
are you looking forward to tonight

0:20 / 13:24

## DUBTOWN - Family Worship July Broadcast

2,781 views

👍 238   👎 0    SHARE   ＋

**kevin McFree**
Published on May 19, 2018

SUBSCRIBE  1.7K

Stop Motion Animation, depicting the life of Jehovah's Witness families living in Dubtown.

A family in Dubtown got an early copy of the july broadcast and get to enjoy family worship with food at the proper... well food ahead of time.

------------------

stay connected through social media:

https://www.facebook.com/kevin.mcfree.33
https://twitter.com/Kevinlyclass
email :kevinmcfree@gmail.com

youtube subscribe:   https://www.youtube.com/c/kevinmcfree

------------------------------------------------

[ for those who have asked about supporting my work, my paypal account is kevinmcfree@gmail.com. ]
im not making these videos for financial gain, and im not asking for money, but any donations are used to purchase lego and other things to make these videos better in the fututre. thank you


new EU data protection GDPR
kevin McFree
4.1K views
7:18


Dubtown - The Covert Op - Secret Recording of Elders...
kevin McFree
5.6K views
9:59


LEGO - Jehovah's Witnesses - Does it BLOODY Matter Part 2
kevin McFree
2.9K views
7:21


La Plata, Missouri USA - Virtual Railfan LIVE
Virtual Railfan
496 watching
LIVE NOW


Dubtown Broadcasting ep2 - The SINS of Gerrit Losch
kevin McFree
2.7K views
4:00


The Governing Body are Not Dogmatic - dubtown radio EP3
kevin McFree
2K views
3:46


Dubtown News: Subtitles - GDPR - Regional Convention Fl...
kevin McFree
2.5K views
7:15

Dubtown EP-17 Non JW's Also Do Cart Unwitnessing

