1/20/22, 1:18 PM

Case 7:18-mc-00268-NSR

Official Video Library | JW.ORG Videos–English

Document 26

Filed 01/24/22

Page 1 of 2



# Jehovah's Witnesses

Library  >  Videos  >  Interviews and Experiences  >  From Our Archives



Cited in In re DMCA Section 512h Subpoena to YouTube Google, Inc 7-18mc00268 Decided 1/18/22

Archived on 1/20/22

This document is protected by copyright. Further reproduction is prohibited without permission.

[Aあ] English ⌄

# Allan Boyle: Deep Study for a Clearer Picture

Duration: 6:58

Download    Share    jwb.201807-4.v

## From Our Archives



 6:58    Allan Boyle: Deep Study for a Clearer Picture

 5:02    Joey Orrom: Grateful to Do Jehovah's Work    ›

See All

---

Copyright © 2022 Watch Tower Bible and Tract Society of Pennsylvania.

Cited in In re DMCA Section 512h
Subpoena to YouTube Google, Inc
7-18mc00268 Decided 1/18/22

Archived on 1/20/22

This document is protected by copyright.
Further reproduction is prohibited without permission.